UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Delta Air Lines, Inc.<br><br>Y. C., a Minor by through her Guardian Ad Litem, ARNULFO CAMPOS,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIRLINES INC., a corporation and DOES 1 through 100, inclusive;<br><br>Defendants. | Lead Case No. LA CV20-00786-JAK-SKx<br><br>Case No. 2:21-cv-01694-JAK-SKx<br><br>ORDER RE JOINT STIPULATION TO CONSOLIDATE WITH THE OTHER MATTERS PREVIOUSLY CONSOLIDATED UNDER LEAD CASE *IN RE: DELTA AIR LINES. INC.* (DKT. 19)<br><br>JS-6 |

Based on a review of the Joint Stipulation to Consolidate with the Other Matters Previously Consolidated Under Lead Case *In Re: Delta Air Lines, Inc.* (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The matter of matter of *Y.C., a Minor by and Through her Guardian Ad Litem, Arnulfo Campos v. Delta Air Lines, Inc.* ("*Y.C.*"), Case No. 2:21-cv-01694-JAK-SKx is consolidated for pretrial purposes with the matters of *Frankie Lomas et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-00786-JAK-SKx, *Lisette Barajas, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-02089-JAK-SKx, *Deodre Cotton v. Delta Air Lines, Inc.*, Case No.

2:20-cv-03116-JAK-SKx, *Erik Garcia v. Delta Air Lines, Inc.*, Case No. 2:20-cv-04424-JAK-SKx, *Rose Amah, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-06182-JAK-SKx, *Daisy Castillo v. Delta Air Lines, Inc.*, Case No. 2:20-cv-05124-JAK-SKx, and *Jacqueline Pait, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-0450-JAK-SKx, under Lead Case No. LA CV-20-00786-JAK-SKx. The Clerk is directed to close the docket in the *Y.C.* matter, and all further filings in the consolidated action shall be filed on the docket in the Lead Case, *In Re: Delta Air Lines, Inc.*, as provided in the July 27, 2020 Civil Minutes (*Lomas, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-00786-JAK-SKx, ECF No.33). This matter is subject to all prior orders entered by this Court in *In Re: Delta Air Lines, Inc.*, Lead Case No. LA CV20-00786-JAK-SKx.

Whether any or all of the matters should be consolidated for trial is deferred until the completion of the pre-trial proceedings.

**IT IS SO ORDERED.**

DATED: May 14, 2021                     _____
                                        John A. Kronstadt
                                        United States District Judge